IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

INDIAN HARBOR INSURANCE
COMPANY,
    Plaintiff,

v.                                           Case No. 3:06cv295/MCR/EMT

PELICAN'S ROOST ON THE BAY, LLC.,
    Defendant.
_____/

**O R D E R**

        This cause is before the court upon the parties Joint Stipulation as to Defendant's Motions to Quash Notice of Taking Deposition Duces Tecum of William O. Weeks and James Reynolds (Doc. 60).  In this notice, the parties have advised the court that they have reached an agreement as to the depositions subject to Defendant's motions to quash (Docs. 51, 52).  Thus, Defendant is withdrawing its motions to quash, and Plaintiff will re-notice the depositions of these witnesses (Doc. 60 at 2).

        Accordingly, it is **ORDERED**:

        Defendant's Motion to Quash Notice of Taking Deposition Duces Tecum of William O. Weeks, and Motion to Strike (Doc. 51) and Motion to Quash Notice of Taking Deposition Duces Tecum of James Reynolds, and Motion to Strike (Doc. 52) are **DENIED as moot**.

        **DONE AND ORDERED** this 18th day of May 2007.


                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**